ENTERED 8/10/21
FILED AUG 1 0 2021
CLERK, U.S. BANKRUPTCY COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ IOY _____ DEPUTY

# UNITED STATES BANKRUPTCY COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re: | Bankruptcy Case No. 19-01594-CL7 |
| LAURA A. VALENTE, | Adversary Proceeding No. 19-90056-CL |
| Debtor. | Chapter 7 |
| THOMAS NOWLAND, | JUDGMENT FOR PLAINTIFF |
| Plaintiff, | |
| v. | |
| LAURA A. VALENTE, ET AL., | Judge: Christopher B. Latham |
| Defendants. | |

**JUDGMENT**

The court hereby awards judgment in favor of Plaintiff Thomas Nowland and against Debtor-Defendant Laura A. Valente in the amount of **$41,000.00**. Interest applies at the federal rate. This judgment is forever nondischargeable under 11 U.S.C. § 523(a)(2)(A).

IT IS SO ORDERED.

Dated: August 10, 2021

CHRISTOPHER B. LATHAM, JUDGE
United States Bankruptcy Court